UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ALLEN TED HUFSTETLER, | : | CASE NO. 18-61077-PMB |
| | : | |
| Debtor. | : | |

**CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, S. Gregory Hays, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $26,680.00. It was determined that the funds received by the Trustee were not property of the bankruptcy estate and pursuant to the Order entered on April 19, 2019 [Doc. No. 55], the Trustee was authorized and instructed to remit the $26,680.00 in the Trustee's possession to the registry of the Clerk of Superior Court of Floyd County, Georgia. After making diligent inquiry into the financial affairs of the debtor and the location of the property belonging to the estate, I have determined there are no other sufficient assets to administer. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee.

This 30th day of June, 2020.

                                                                                                    */s/ S. Gregory Hays*
                                                                                                     S. Gregory Hays
                                                                                                     Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
(404) 926-0060